

FILED

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                          )
WILLIAM DAWSON,                           )
                                          )
                    Plaintiff,            )
                                          )
          v.                              )          Civil Action No. 21-3365 (UNA)
                                          )
U.S. JUDGE JAMES C. DEVER III, *et al.*,  )
                                          )
                    Defendants.           )
_____         )


## MEMORANDUM OPINION

Plaintiff, who proceeds *pro se* and *in forma pauperis*, is a North Carolina state prisoner

incarcerated at a facility in Burgaw, North Carolina.  He alleges that defendants, one of whom is

a United States District Judge, "failed to liberally construe [his] pro se habeas petition, as a claim

of actual innocence of first degree murder[.]"  Compl. at 1.  The only relief he demands is the

reduction of his life sentence to time served.  *See id.* at 3.

The Court construes the complaint as a petition for a writ of habeas corpus under 28

U.S.C. § 2254.  Section 2254 authorizes federal courts to "entertain an application for a writ of

habeas corpus in behalf of a person in custody pursuant to the judgment of a State court only on

the ground that he is in custody in violation of the Constitution or laws or treaties of the United

States."  28 U.S.C. § 2254.  Before obtaining review, a petitioner must first exhaust his available

state remedies.  *See* 28 U.S.C. § 2254(b)(1).  Thereafter, he may file an application under § 2254

"in the district court for the district wherein such person is in custody or in the district court for

the district [where] the State court was held which convicted and sentenced [petitioner][,] and

1

each of such district courts shall have concurrent jurisdiction to entertain the application." 28

U.S.C. § 2241(d).

   The Court will grant plaintiff's application to proceed *in forma pauperis* and dismiss the

complaint without prejudice for lack of jurisdiction.  A separate order of dismissal accompanies

this Memorandum Opinion.


DATE: January 10, 2022        /s/
                   TANYA S. CHUTKAN
                   United States District Judge